UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re                                )
                                     )
FRANCIS J. CONNOLLY, JR. and         )    Chapter 7
CHRISTINE CONNOLLY,                  )    Case No.: 10-20567
                                     )
    Debtors                          )
                                     )

## MOTION FOR LEAVE TO FILE SECOND AMENDED SCHEDULE C

Now come the Debtors in the above-captioned action and move for leave to file their Second Amended Schedule C.

In support of this Motion, Debtors state:

1.   On September 28, 2010, Debtors filed their Petition and Schedules under Chapter 7 of the Bankruptcy Code.

2.   On October 27, 2010, the §341 Meeting convened, and the Chapter 7 Trustee continued the Meeting to December 9, 2010 pending his receipt of supplemental documentation.

3.   On November 25, 2010, the Mother of Debtor-Spouse passed away with interest in, inter alia, real property. Debtor-spouse is a co-devisee with her sibling, which necessitated the filing of a Supplemental Schedule B and First Amended Schedule C.

4.   On December 6, 2010, Debtors filed their Supplemental Schedule B to account for the post-petition acquisition of Debtor-Spouse in the estate of her mother, as well as a first Amended Schedule C to, inter alia, claim the newly acquired property as exempt to the extent possible.

5.   After discussing the claimed exemptions on the Amended Schedule C with the Trustee in this case and reviewing further documentation provided to counsel by Debtors, it was determined by

counsel for Debtors that certain exemptions, such as 11 U.S.C. §522 (d)(1) as well as 11 U.S.C. §522 (d)(2), had been over-claimed.

    WHEREFORE, Debtors request that the filing of their Second Amended Schedule C, correcting the values of their claimed exemptions in light of recent discussions with the Chapter 7 Trustee and their counsel, be allowed.

    Respectfully submitted,

/s/*Nicholas T. Nashawaty, Jr.*
Nicholas T. Nashawaty, Jr.
BBO #367110
NASHAWATY & RAND
654 Washington Street
Braintree, MA 02184
781 848-8545

Dated: December 13, 2010

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re )
)
FRANCIS J. CONNOLLY, JR. and ) Chapter 7
CHRISTINE CONNOLLY, ) Case No.: 10-20567
)
Debtors )

## CERTIFICATE OF SERVICE

I, Nicholas T. Nashawaty, Jr., do hereby certify that I have, this day, served a copy of the Debtor's **MOTION FOR LEAVE TO FILE SECOND AMENDED SCHEDULE C** upon the following parties by CM/ECF

   John P. Fitzgerald, Assistant United Stated Trustee
   John O. Desmond, Chapter 7 Trustee

AND by first class mail, postage prepaid, on all non CM/ECF participants listed on the attached Certificate of Mailing.

/s/Nicholas T. Nashawaty, Jr.
Nicholas T. Nashawaty, Jr.
BBO #367110
NASHAWATY & RAND
654 Washington Street
Braintree, MA 02184
781 848-8545

Dated:  December 13, 2010

**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:     Case No. 10-20567

Connolly, Francis J. Jr. & Connolly, Christine     Chapter 7
Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**MOTION FOR LEAVE TO FILE SECOND AMENDED SCHEDULE C**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __13th__ day of __December__, __2010__.

/s/ Nicholas T. Nashawaty, Jr.
Nicholas T. Nashawaty, Jr. 367110
Nashawaty & Rand
654 Washington Street
Braintree, MA 02184-5747
(781) 848-8545  Fax: (781) 848-2308
ntnlaw@aol.com

Advanta Bank Corp
P.O.BOX 8088
Philadelphia, PA  19101-8088

AllianceOne Receivables Management, Inc.
4850 Street Rd., Ste 300
Trevose, PA  19053

Bank Of America
PO Box 15027
Wilmington, DE  19850-5026

Bass & Associates, P.C.
3936 E. Fort Lowell Rd., STE 200
Tuscon, AZ  85712-1083

Capital One
P.O.BOX 30285
Salt Lake City, UT  84130-0285

Capital One
P.O.Box 30273
Salt Lake City, UT  84130-0273

Card Services
P.O.Box 13337
Philadelphia, PA  19101-3337

Cardmember Services
P.O.Box  15298
Wilmington, DE  19850-5298

Chase
PO Box 15298
Wilmington, DE  19850-5298

Chase Home Finance
P.O. Box 24696
Columbus, OH  43224-0696

Citibank (South Dakota), N.A.
PO Box 6282
Sioux Falls, SD  57117-6282

Dell Financial Services
C/O DFS Customer Care Dept.
P.O.Box 81577
Austin, TX  78708-1577

DSNB/Macy's
Bankruptcy Processing
P.O.BOX 8053
Mason, OH  45040

G.E. Money Bank
Attn: Bankruptcy Department
P.O.BOX 103104
Roswell, GA  30076

G.E. Money Bank / AEO, Inc.
Attn: Bankruptcy Department
P.O.BOX 103104
Roswell, GA  30076

GE Money Bank
Attn: Bankruptcy Department
P.O.Box 103104
Roswell, GA  30076

GMAC Mortgage
ATTN: Customer Care
P.O. Box 4622
Waterloo, IA  50704-4622

HarborOne Credit Union
PO Box 720
Brockton, MA  02303-0720

HSBC Retail Services
P.O.Box 15521
Wilmington, DE  19850-5521

Target National Bank
P.O.Box 59317
Minneapolis, MN  55459-0317

WFNNB
Attn: Bankruptcy Department
P.O.BOX 182125
Columbus, OH  43218-2125

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only